**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**MINDY L. WOODRUFF,**

                Plaintiff,                8:18-cv-522
                                                        (GLS/CFH)

                v.

**CHRIS REDIEHS, et al.,**

                Defendants.

**APPEARANCES:**                      **OF COUNSEL:**

**FOR PLAINTIFF:**

MINDY L. WOODRUFF
Plaintiff, *Pro Se*
568 Potter Road
Canton, New York 13617

**Gary L. Sharpe**
**Senior District Judge**

## ORDER

The above-captioned matter comes to this court following a Report-Recommendation & Order by Magistrate Judge Christian F. Hummel, duly filed on May 11, 2018.  (Dkt. No. 5.)  Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the

Report-Recommendation & Order for clear error, it is hereby

**ORDERED** that the Report-Recommendation & Order (Dkt. No. 5) is **ADOPTED** in its entirety; and it is further

**ORDERED** that plaintiff's complaint (Dkt. No. 1) is **DISMISSED** without prejudice for failure to state a claim; and it is further

**ORDERED** that plaintiff may file an amended complaint within **THIRTY (30) DAYS** of this Order to cure all of the defects as detailed in the Report-Recommendation & Order; and it is further

**ORDERED** that all claims in plaintiff's complaint that may seek review of a Family Court custody, visitation, or neglect proceeding or seek injunctive relief relating to child custody or visitation arrangements are **DISMISSED WITH PREJUDICE**; and it is further

**ORDERED** that, insofar as plaintiff's complaint may be interpreted as bringing claims against the defendants in their official capacities, these claims are **DISMISSED WITH PREJUDICE**; and it is further

**ORDERED** that, if plaintiff fails to file an amended complaint within the time permitted, the Clerk shall enter judgment without further order of the court; and it is further

**ORDERED** that the Clerk provide a copy of this Order to the plaintiff

in accordance with the Local Rules.

**IT IS SO ORDERED.**

June 4, 2018
Albany, New York

Gary L. Sharpe
U.S. District Judge